**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | : | Case No: | 07-59864 |
| MICHAEL R CANTERBURY | | | |
| DEBORAH L CANTERBURY | : | Chapter 13 | |
| | : | Judge: | CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:   June 24, 2011                                /s/ Frank M. Pees
                                                                   _____
                                                                   Frank M. Pees
                                                                   Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| VERIZON WIRELESS<br>109 E MARKET ST<br>BLOOMINGTON, IL  61701 | 4.71 |